IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEOFFREY FADEN, and STARR FADEN, Husband and Wife;<br><br>Plaintiffs,<br><br>vs.<br><br>SALT CREEK HOTEL ASSOCIATES, LLC, a Nebraska limited liability company; SC HOTEL ASSOCIATES, a Nebraska corporation; HILTON WORLDWIDE HOLDINGS, AND a Delaware corporation; and HARBINGER HOTELS, L.L.C., an Iowa limited liability corporation;<br><br>Defendants. | 4:15CV3048<br><br>**ORDER** |

The parties' motions to continue, (Filing Nos. 33 and 34), are granted as follows:

1) The trial and pretrial conference are continued, and new dates will be discussed during the telephonic conference previously scheduled for July 12, 2016 at 10:00 a.m. C.D.T. (see filing no. 19).

2) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is July 1, 2016. Motions to compel Rule 33 through 36 discovery must be filed by July 8, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

      For the plaintiff(s):     July 1, 2016.

      For the defendant(s):     August 1, 2016.

4) The deposition deadline is September 30, 2016.

5) The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on Daubert and related grounds is September 30, 2016.

April 5, 2016.
                                                                                                        BY THE COURT:
                                                                                                        *s/ Cheryl R. Zwart*
                                                                                                        United States Magistrate Judge